694 A.2d 106

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND, Petitioner,

v.

Richard D. PAUGH, Respondent.

Misc. (Subtitle AG), No. 20, Sept. Term, 1997.

Court of Appeals of Maryland.

May 27, 1997.

*ORDER*

Upon consideration of the Joint Petition for Reprimand of Respondent by Consent, it is this 27th day of May, 1997,

ORDERED by the Court of Appeals of Maryland that the Respondent, Richard D. Paugh, is hereby reprimanded for engaging in misconduct that violated Rules 3.3(a)(1), 8.4(c) and 8.4(d) of the Maryland Rules of Professional Conduct.